

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  |  |  |
|---|---|---|
| EDUARDO SANCHEZ, | § | No. 08-20-00179-CR |
|  | § |  |
| Appellant, | | Appeal from the |
|  | § | |
| v. | | 243rd District Court |
|  | § | |
| THE STATE OF TEXAS, | | of El Paso County, Texas |
|  | § | |
| State. | | (TC# 970D11378) |
|  | § | |

**O R D E R**

Appellant has filed a motion to abate proceedings. Having reviewed this request, the motion to abate proceedings is denied at this time.

IT IS SO ORDERED this 4th day of December, 2020.

PER CURIAM

Before Alley, C.J., Rodriguez and Palafox, JJ.